ACCEPTED
01-14-0799-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 4:09:14 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00799CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 4:09:14 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS

## FOR THE FIRST DISTRICT OF TEXAS

## HOUSTON, TEXAS

BARBARA SCHLEIN,

*Appellant-Cross-Appellee,*

V.

ANTHONY P. GRIFFIN,

Appellee/Cross-Appellant.

Appeal from the County Court at Law, No. 2
Galveston County, Texas
Trial Court Cause No. CV0069481

## APPELLEE/CROSS-APPELLANT'S, ANTHONY P. GRIFFIN, UNOPPOSED MOTION TO FILE BRIEF OUT-OF-TIME

TO THE HONORABLE JUSTICES FOR THE FIRST COURT OF APPEALS:

Appellee/Cross-Appellant, Anthony P. Griffin, submits this his brief on cross-appeal (filed with this motion), and request the Court to allow the brief to be filed out-of-time. Appellee/Cross-Appellant would show unto the Court as follows:

1. The brief in this matter is past due. The due date on the filing of

1

Appellant's brief was January 23, 2015; in that Appellee has filed a cross-appeal and stands, in part, before this Court as a Cross-Appellant, his initial brief is also was due on said date.

2. The parties have filed two previous motions to extend, Cross-Appellant needs a few additional days to complete the briefing (extensive record below). Cross-Appellant intended to file a third mutual motion, prepared the same and mistakenly the motion was not filed. All previous motions have been mutually agreed by the parties. The intended motion was intended to be filed on Friday, this past week, but was not filed until Monday, February 10, 2015. In that the briefing date has past, Appellee/Cross-Appellant seeks an extension to file until February 11, 2015.

3. The extensions have been sought because of the extensive nature of the trial record below (some 19 volumes of the Court Reporter's Records) and the need to assure typographical errors were caught.

4. In consultation with opposing counsel, counsel stated opposition to this motion. Consultation took place on February 11, 2015.

5. It is prayed this motion be granted in all parts and the brief ordered filed.

DATE:  February 11, 2015.

Respectfully submitted,

/s/ NORMA VENSO

_____

NORMA VENSO
ATTORNEY AT LAW
ATTORNEY/MEDIATOR
830 APOLLO
HOUSTON, TEXAS 77058
409.789.8661
FACSIMILE NO. 281.286.9990

STATE BAR NO. 20545250

ATTORNEYS FOR APPELLEE/
CROSS-APPELLANT
ANTHONY P. GRIFFIN

CERTIFICATE OF SERVICE

This is to certify that on this the 11th day of February, 2015, a true and correct copy of the foregoing Appellee/Cross-Appellant's Motion to File Brief Out-of-Time was forwarded to opposing counsel by facsimile transmission and regular mail (confirmation copy), to-wit:

STEPHEN H. CAGLE, JR.
JOE E. LUCE
GARY M. JEWELL
CHRISTIAN, SMITH & JEWELL, L.L.P.
2302 FANNIN, SUITE 500
HOUSTON, TEXAS 77002


/s/ NORMA VENSO

_____

NORMA VENSO

c:word.griffin_anthony_[schlein_barbaral]_[appeal_folder]_appellee_motion_file_out_time